No. 02–5933. KING v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 02–5936. HUSSEIN v. THE PIERRE HOTEL ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–5941. KNUTSON v. COUNTY OF BARNES ET AL. Sup. Ct. N. D. Certiorari denied.

No. 02–5943. VANDERBERG v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–5944. THOMPSON v. GIBSON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–5945. SALAMANCA v. MILLER-STOUT, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 02–5947. SUGHRUE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 02–5952. KING v. FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–5953. ARROYO v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–5954. JOHNSON v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–5955. CARR v. MISSISSIPPI. Ct. App. Miss. Certiorari denied.

No. 02–5958. DLUHY v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 02–5967. BROWN v. HEAD, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 02–5970. WATKINS v. BRADFORD, SHERIFF, LAWRENCE COUNTY, MISSISSIPPI, ET AL. C. A. 5th Cir. Certiorari denied.